24,009-04

JEFF LEGGETT
590716 DARRINGTON
59 DARRINGTON ROAD
ROSHARON, TX 77583

NOVEMBER 17, 2015

KENNETH R. SCHUTZE
P.O. BOX 12308
AUSTIN, TX 78711-2308

DEAR MR. SCHUTZE:

1. I MISTITLED THREE PLEADINGS AS WRITS OF HABEAS CORPUS, THAT SHOULD ACTUALLY HAVE BEEN TITLED PETITIONS FOR WRIT OF MANDAMUS. THEY WERE NOT CHALLENGES TO MY CONVICTION.

2. BUT YOU TOLD THE TRIAL COURT TO TREAT THEM AS 11.07 WRITS. THIS WAS A MISTAKE. (SEE YOUR ENCLOSED LETTER OF 11/2/93).

3. WHEN I FILED MY ONE AND ONLY WRIT CHALLENGING MY CONVICTION (-04), I WAS CITED FOR WRIT ABUSE BECAUSE THE TRIAL COURT ERRONEOUSLY HANDLED THE PRIOR DOCUMENTS ABOUT WHICH YOU GAVE THEM ERRONEOUS INFORMATION.

4. EX PARTE RIECK, 144 SW3d 510 FILED MORE THAN 20 § 11.07 WRITS WITHOUT BEING CITED FOR WRIT ABUSE.

5. I HAVE NEVER BEEN ALLOWED TO FILE EVEN ONE § 11.07 WRIT CHALLENGING MY CONVICTION. I DON'T THINK THAT'S FAIR AT ALL.

6. I KNOW THAT UNDER Ex Parte DORA I MUST SHOW GOOD CAUSE FOR BEING ABLE TO HAVE MY WRIT HEARD.

7. THE BEST REASON I CAN COME UP WITH IS THAT A CLERK OF THE COURT OF CRIMINAL APPEALS (you) MADE A MISTAKE THAT CAUSED THE COURTS TO MISHANDLE MY WRITS.

8. I'D LIKE YOU TO ADMIT YOU MADE THAT MISTAKE SO I CAN USE YOUR ADMISSION TO SHOW GOOD CAUSE WHY I SHOULD BE ALLOWED TO HAVE MY WRIT CONSIDERED.

THANK YOU FOR YOUR TIME AND HELP.

SINCERELY,



**Court of Criminal Appeals**

**State of Texas**
**Box 12308**
**Capitol Station**
**Austin 78711**

MICHAEL J. McCORMICK
PRESIDING JUDGE

SAM HOUSTON CLINTON
CHUCK MILLER
CHARLES F. (CHUCK) CAMPBELL
BILL WHITE
CHARLES F. (CHARLIE) BAIRD
MORRIS L. OVERSTREET
FRANK MALONEY
LAWRENCE E. MEYERS
JUDGES

THOMAS LOWE
CLERK

RICHARD WETZEL
EXECUTIVE ADMINISTRATOR

November 2, 1993

District Clerk
Tom Green County
112 W. Beauregard
San Angelo, Texas 76903

Re:  Jeff Leggett
     Writ No. 24,009

Dear Clerk,

This is to inform you that the above-referenced individual has advised this Court that he has filed writs in your office pursuant to Article 11.07, § 2, V.A.C.C.P. These are two different writs not attacking his convictions but should be filed as 11.07 writs. He states that 35 days have elapsed, and no action has been taken. We have checked our records and at this time do not show these writs as pending in this Court.

After you have had an opportunity to check into this matter, please advise this Court of the status of the application or forward a transcript containing the documents described in 11.07, §§ 2(c) or 2(d).

Sincerely,

Kenneth R. Schutze
Staff Attorney

KRS:ch
cc:
Presiding Judge
119th District Court
112 W. Beauregard
San Angelo, Texas 76903

Tom Green Co. District Attorney
112 W. Beauregard
San Angelo, Texas 76903

Jeff Leggett
TDCJ-ID #590716
Beto I Unit
P.O. Box 128
Tenn. Colony, Texas 75880-0128

E P-2